**E-FILED**
Tuesday, 07 December, 2004 03:29:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/ILLINOIS

| | | |
|---|---|---|
| EX Parte | ) | CASE/ACCOUNT #2:96 CR 20015 |
| Donald Eugene:Nelson | ) | |
| Tertius Interveniens | ) | |
| Creditor | ) | |

**FILED**

DEC 07 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

IN RE: Request for copy of Motion E-Filed on monday,
27 September, 2004 09:14:16 AM Clerk, U.S.
District Court, ILCD Entry of Appearance.

Dear John M.Waters, Clerk

I am requests a copy of the motion that the U.S. Assistant Attorney
Elizabeth L.Collins E-Filed on Monday,27 September,2004.

On November 2,2004. I Donald Eugene:Nelson received a copy of a
letter with an entry of Appearance stateing that a motion has been sent
to me at FCI Florence, P.O.Box 6500, Florence, Co 81226. Which I did
not received a copy of that motion as of present date, because I was at
Marion Prisons camp. Please send me a copy of that motion along with
a copy of the last page of my docket sheet. and the current status of
the pending tender of payment of fine and restution,and discharge of
bond and release.In the above name Case/Account 2;96 CR 20015 001.

I have taken the Liberty to enclosed a stamped-address envelope for
a stamp Filed copy of this request to be filed with the clerk's office
and return to me stamped filed for my personal records along with the
other requests information at your earliest convenience.

Thank you in advance for your help and prompt response to this requ-
est.

Date: December 5, 2004.

Sincerely,

*Donald Eugene: Nelson*
Donald Eugene: Nelson
c/o 10785-026
Federal Prison Camp
P.O.Box 1000
Marion, Illinois [62959]