**E-FILED**
Wednesday, 08 December, 2004  12:47:07 PM
Clerk, U.S. District Court, ILCD

# United States District Court

JOHN M. WATERS
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

December 8, 2004

Donald Eugene Nelson 10785-026
Federal Prison Camp
P. O. Box 1000
Marion, IL 62959

RE: Copy of Motion E-Filed on Monday, September 27, 2004
CASE NO. 96-20015

Dear Mr. Nelson:

The Clerk of the U. S. District Court received your letter requesting a copy of a Motion that was e-filed on Monday, September 27, 2004 in the above case number. The Clerk has reviewed the history of the above case and there was no document entitled Motion filed on September 27, 2004.  The document that was e-filed on September 27, 2004 was a **Notice of Attorney Appearance** by Attorney Elizabeth Collins. The document has a Certificate of Service attached that indicates that you were mailed a copy of this document.

The Clerk's Office charges for copies at a rate of $0.50 per page. 1 page of the docket sheet will be $0.50 (50 cents).You may want the face of the docket sheet in order for you to know that the last page is from your case. The Court's System will generate the entire docket sheet, but if you indicate a time frame of what you are requesting, the Clerk will be able to print that request. In order to obtain a copy of the docket sheet, you must submit a money order, payable to Clerk, U. S. District Court.

Sincerely,

s/John M. Waters
JOHN M. WATERS, CLERK
U. S. DISTRICT