

E-FILED
Monday, 14 November 2005 02:23 PM
Clerk, U.S. District Court, ILCD

NOV 1 4 2005

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA/DIVISION**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DONALD E. NELSON
    Petitioner,

V.

    *IN RE: Case No. 2:96 CR20015-001*

UNITED STATES OF AMERICA,
    Plaintiff.

MOTION FOR DISCHARGE OF FINE AND RESTITUTION IN THE ABOVE CASE NO#
2:96CR20015-001

NOW COME

Donald E. Nelson, defendant in the above style case request this Court to grant motion for descharge of fine and restitution   based on
 psi report that states
that if mr. Nelson loses his auto shop & home there could be a change in the fine and restitution in the case of Mr. Nelson .
  Doing the last  9 1/2 years that Mr. Nelson has been in prison since August 23,1996, and was release from prison on August 23, 2005.  With no home ,
I now live with my Daughter  and have sever medical problem with large medical bills and medication bills with no job because of  my medical condition.
The only income that I have is when my daughter(s) give me money for medication. I have no car or nothing of value . While being in prison I lost every thing that I once
own. Now I have nothing. Please see attached Medical & Medication Bills and Hospital Bills since I have been release from prison  on August 23. 2005.
  Note that a task force whom the restitution is to be paid to is not a person or victim that was wrongfully deprived of something to the position they occupied before the
wrong occurred, it requies a defendant who has been unjustly enriched at the expense of the plaintiff to make the plaintiff whole,either,as may be appropriate, by reimb-
ursing the plaintiff, or  by paying compensation or indemnificaation.
  Based on the forgoing facts the restitution and fine should be discharge by this court whom imposed a $50.00 Felony Assess, a Fine $3,000.00 and a Restitution of
$2700.00 to be paid to the Taskforce X in Champaign Illinois.

 Wherefore, petitioner,Donald E. Nelson, Pro Se, respectfully and very humbly pray that this Honorable Court grant an order for discharge of ristitution and fine.

Please view petitioner's motion in light of Haines vs. Kerner,  404 U. S. 519, 92 S. CT. 594, 30 L.. Ed. 2d 652 (1972).

cc: Colin S. Burce, Assistant United States Attorney,   201 South Vine, Urbana, IL  61801.

Respectfully submitted,
Date: 10/25/05

*Donald Eugene: Nelson*

Petitioner-Donald E. Nelson
2204 Attala Road 4124
Sallis, MS 39160

Excuted This 25th day of
October 2005.

# LEFLORE SPECIALTY CLINIC

ROHIT PANCHAL, M.D.

102 PROFESSIONAL PLAZA • GREENWOOD, MS 38930
TEL: 662-451-7881
FAX: 662-451-7865

*A Member Of*
*Greenwood Leflore Hospital*
*Clinic Network*



*The Convenience of a Clinic*
*The Resources of a Hospital*

No. 01488

| PREVIOUS BALANCE | |
| TODAY'S CHARGES | |
| TODAY'S PAYMENT | |
| BALANCE | |

| CODE | ESTABLISHED VISITS | FEE | CODE | DIAGNOSIS | FEE | CODE | DIAGNOSIS | FEE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 466.0 | Acute bronchitis | |

| CODE | NEW VISITS | FEE |
|---|---|---|

| CODE | CONSULTATION - OFFICE | FEE |
|---|---|---|

### COMMENTS & INSTRUCTIONS

| CODE | PROCEDURES | FEE |
|---|---|---|

### RETURN VISIT

_____ Day(s)
_____ Week(s)
_____ Month(s)
_____ Year

*other*
*over side*

DOCTOR'S SIGNATURE

**OFFICE COPY**

**Rx only**

NDC 66794-001-25



- Helps Prevent Injury
- Adjustable, Comfortable Support for Weak Muscles and Joints
- Retains Body Heat for Increased Circulation

## Albuterol Sulfate
### Inhalation Solution, 0.083%*

25 x 3-mL
Sterile Unit
Dose Vials

2.5 mg/3 mL*
*Potency expressed as albuterol.

WAL-MART PHARMACY

CC VETERANS MEMORIAL DR (662) 289-4593
Kosciusko, MS  39090                    10-0239

Rx 6702228          BPP          10/18/2005
NELSON, DONALD
USE ONE AMPULE IN NEBULIZER THREE
TIMES DAILY

ALBUTEROL 0.083% NEB RXELITE
QTY 225
CARTER, RICHARD
No Refills - Dr. Must Authorize
Thank You for Your Business

...with normal saline.

...from package insert

...F). Discard if solution
...on is a clear.



# RxElite™

## Albuterol Sulfate Inhalation Solution, 0.083%*

*Potency expressed as albuterol.

### DESCRIPTION

Albuterol Sulfate Inhalation Solution is a relatively selective beta2-adrenergic bronchodilator. (see CLINICAL PHARMACOLOGY). Albuterol sulfate, USP, the racemic form of albuterol, has the chemical name α1-[(tert-butylamino)methyl]-4-hydroxy-m-xylene-α,α'-diol sulfate (2:1) (salt) and the following structural formula:

Albuterol sulfate has a molecular weight of 576.71, and the molecular formula is $(C_{13}H_{21}NO_3)_2 \cdot H_2SO_4$. Albuterol sulfate is a white crystalline powder, soluble in water and slightly soluble in ethanol.

The World Health Organization recommended name for albuterol base is salbutamol.

Albuterol Sulfate Inhalation Solution requires no dilution before administration by nebulization.

Each milliliter of Albuterol Sulfate Inhalation Solution contains 0.83 mg of albuterol (as 1 mg of albuterol sulfate) in an isotonic, sterile, aqueous solution containing sodium chloride; sulfuric acid is used to adjust the pH to between 3 and 5. Albuterol Sulfate Inhalation Solution contains no sulfiting agents or preservatives.

Albuterol Sulfate Inhalation Solution is a clear, colorless to light yellow solution.

### CLINICAL PHARMACOLOGY

In vitro studies and in vivo pharmacologic studies have demonstrated that albuterol has a preferential effect on beta2-adrenergic receptors compared with isoproterenol. While it is recognized that beta2-adrenergic receptors are the predominant receptors in bronchial smooth muscle, data indicate that 10% to 50% of the beta-receptors in the human heart may be beta2-receptors. The precise function of these receptors has not been established.

The pharmacologic effects of beta-adrenergic agonist drugs, including albuterol, are at least in part attributable to stimulation through beta-adrenergic receptors of intracellular adenyl cyclase, the enzyme that catalyzes the conversion of adenosine triphosphate (ATP) to cyclic-3',5'-adenosine monophosphate (cyclic AMP). Increased cyclic AMP levels are associated with relaxation of bronchial smooth muscle and inhibition of release of mediators of immediate hypersensitivity from cells, especially from mast cells.

...Albuterol has been shown in most controlled clinical trials to have more... ...on the form of bronchial smooth muscle... ...fewer...

---

NDC 66794-001-25

## Albuterol Sulfate
### Inhalation Solution, 0.083

25 x 3-mL
Sterile Unit
Dose Vials

2.5 mg/3 mL*
*Potency expressed as albuterol.

WAL-MART PHARMACY

220 VETERANS MEMORIAL DR (662) 289-4593
Kosciusko, MS  39090                    10-0239

Rx 6702228          BPP          10/18/2005
NELSON, DONALD
2204 ATTALA RD 4124, SALLIS, MS 39160
USE ONE AMPULE IN NEBULIZER THREE
TIMES DAILY

ALBUTEROL 0.083% NEB RXELITE
QTY 225
CARTER, RICHARD
No Refills - Dr. Must Authorize
Thank You for Your Business

3 mg albuterol
...sulfuric acid
...TIVES.

...ended dosage.

...83642



**Leflore Specialty Clinic**
**Rohit Panchal, M.D.**
*Pulmonologist*    Greenwood, Mississippi 38930
102 Professional Plaza
Office: 662-451-7881
Fax: 662-451-7865

NAME     Donald    Nelson

ADDRESS _____ DATE 10/31/08

THIS DOCUMENT CONTAINS MICROPRINT SIGNATURE LINE, CHAIN-LINK WATERMARK AND ORIGINAL DOCUMENT SECURITY SCREEN

Rx

Nasonex Nasal Spray (#1)

Sig 2 sprays in each
nostril daly

Advair 50/250 Diskus (#1)

Sig 1 inhaler BID

Label (X) Yes   ( ) No

Refill ____ Times   PRN   RN   Phys. DEA # _____

_____, M.D.            _____, M.D.
Dispense as written            Sub. Permitted

Prescription is void if more than one (1) prescription is written per blank.

CL 1601                                    10249

---

**Leflore Specialty Clinic**
**Rohit Panchal, M.D.**
*Pulmonologist*    Greenwood, Mississippi 38930
102 Professional Plaza
Office: 662-451-7881
Fax: 662-451-7865

NAME     Donald    Nelson

ADDRESS _____ DATE 10/31/08

THIS DOCUMENT CONTAINS MICROPRINT SIGNATURE LINE, CHAIN-LINK WATERMARK AND ORIGINAL DOCUMENT SECURITY SCREEN

Rx

Biaxin 500mg (#30)

(Generic)

Sig. 1 tab PO BID

Label (X) Yes   ( ) No

Refill ___X___ Times   PRN   RN   Phys. DEA # _____

_____, M.D.            _____, M.D.
Dispense as written            Sub. Permitted

Prescription is void if more than one (1) prescription is written per blank.

CL 1601                                    10249

---

## Circle any **triggers** that make you cough, wheeze, or feel short of breath.

**LEFLORE SPECIALTY CLINIC**
ROHIT PANCHAL, M.D. • VAISHALI SHAH, M.D. • ABHASH THAKUR, M.D.
102 PROFESSIONAL PLAZA • GREENWOOD, MS 38930
TEL: 662-451-7881
FAX: 662-451-7865

*A Member Of:*
*Greenwood Leflore Hospital*
*Clinic Network*

*The Convenience of a Clinic -*
*The Resources of a Hospital*



**Allergic triggers** — Pollen, Grass, Dust mites, Cockroaches, Pet dander, Indoor mold

**Nonallergic triggers** — Car exhaust, Tobacco smoke, Exercise, Colds and viruses, Household cleaners, Cold air

**Discuss your answers with your doctor.**

MERCK © 2004 Merck & Co., Inc.    All rights reserved.    20406783(2)-11/04-SNG
Printed in USA                                          merck.com
                                                        Minimum 10% Recycled Paper

NELSON
DONALD

Page No.: 1 of 2

Signature Required  N

NELSON
DONALD

Page No.: 1

Signature Required  N

# WAL★MART

ALWAYS LOW PRICES.

*Always*

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER ROBERT HAWKINS
( 662 ) 289 - 3422

| | | |
|---|---|---|
| 0239 | OP# 00005703 TE# 09 TR# 09166 | |
| ORANGE | 007874222684 F | 0.50 X |
| ORANGE | 007874222684 F | 0.50 X |
| SC COLA | 007874222667 F | 0.50 X |
| SC COLA | 007874222667 F | 0.50 X |
| SC TWIST UP | 007874222682 F | 0.50 X |
| SC TWIST UP | 007874222682 F | 0.50 X |
| RX 6702228 | 038 QTY 1 | 27.68 N |

NELSON DONALD
RX# 6702227    038 QTY 1    16.32 N
NELSON DONALD
BS STW PUFS  007453430870 F    1.66 T
TWIN PUFS    007453490164 F    1.66 T
              SUBTOTAL    50.32
TAX 1    7.000 %    0.44
              TOTAL    50.76
         CASH  TEND    60.00
         CHANGE DUE    9.24

# ITEMS SOLD 10

TC# 7093 2740 1424 9738 4221

Wal-Mart will award over $8 million in
a Neighborhood Hero grants in Oct.
10/18/05    09:56:16



For Seasonal Allergic Rhinitis



# Mucinex®

600 mg guaifenesin extended-release bi-layer tablets

**EXPECTORANT**

**20** EXTENDED-RELEASE BI-LAYER TABLETS



NELSON
DONALD
RX. 6702227

$16.32

TOTAL $16.32

Priority: In Store



NELSON
DONALD
RX. 6702228

$27.68

TOTAL $27.68

Priority: In Store

TEACHING
AND
DISCHARGE
PLANNING
SHEET

CONDITION ON DISCHARGE

ACCOMPANIED BY

CVS PHARMACY

GET YOUR CVS EXTRACARE CARD

Rx: 131757 00

**NE WAITING**

PROMISED:

CVS/pharmacy    #5883  0-662-239-1963

COUNSEL
New Drug Strength

NELSON DONALD

PREDNISONE 10 MG TABLET MPC

TAKE 3 TABLETS DAILY FOR 3 DAYS, 2 TABLETS DAILY
FOR 3 DAYS, THEN 1 TABLET DAILY FOR 1 DAY

To all CVS/pharmacy
employees & their families:

If you were affected by Hurricane
Katrina we encourage you to call our
Employee Assistance Hotline.
(800) 770-3810

We are available to answer your
questions, provide financial assistance,
and help you get back to work.

**CVS/pharmacy**

---

**CVS/pharmacy**    #5883   662-239-1963

PATIENT PRESCRIPTION INFORMATION

ROBERTS DEBORAH, RPH

NELSON DONALD
SAVOY, MS
Ph 662-760-6913

PREDNISONE 10 MG TABLET MPC

TAKE 3 TABLETS DAILY FOR 3 DAYS, 2 TABLETS DAILY
FOR 3 DAYS, THEN 1 TABLET DAILY FOR 1 DAY

PREDNISONE (ORAL) (PRED nih sone)

COMMON BRAND NAMES: Deltasone

USES: Prednisone is a corticosteroid hormone (glucocorticoid). It decreases your immune system's response to various diseases to reduce symptoms such as swelling and allergic type reactions...

HOW TO USE: Take this medication by mouth with food to prevent stomach upset...

SIDE EFFECTS: Stomach upset, headache, dizziness, trouble sleeping, or weight gain may occur...

PRECAUTIONS: Before taking prednisone, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies...

DRUG INTERACTIONS: This drug should not be used with the following medications because very serious interactions may occur...

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. US residents can call the US national poison hotline at 1-800-222-1222...

PROMISED: 04:59
10-01-200
# Scripts: 0

CUSTOMER RECEIPT

**NE WAITING**
10-01-2005

**CVS/pharmacy** #5883 Ph:662.289-1963
180 HWY 12 W
KOSCIUSKO, MS
39090-0000

**COUNSEL**
New Drug/Strength

**NELSON, DONALD**
Ph:
**TRIAM/HCTZ 37.5/25 TAB MYL**
mfr:MYLAN
TAKE 1 TABLET EVERY MORNING FOR BLOOD
PRESSURE
NDC:00378-1352-01  Day Supply: 30  Refills: 0  Qty:30
Prscbr: CARTER,RICHARD
IP: 1

Date:10-01-2005
Rx: 129723
PRICE:          $9.99
PAY:            $9.99
Copay
Count:0

Thank you for using a cost-saving generic

Please note that an important notice related to privacy of
your personal healthcare information has been printed on
the reverse of this receipt.  Please review the provided
information carefully.

CVS/pharmacy requests that you acknowledge receipt of
this notice by signing the store's acknowledgement log,
or you may sign the coupon below and mail to the CVS
Privacy Office at the address set forth on the Notice.

If you have any questions or concerns please feel free to
contact the CVS Privacy Office in writing or by calling
**1-800-287-2414.**

**CVS/pharmacy**

Acknowledgement

I _____ (printed name)
have received CVS/pharmacy's Notice of Privacy
Practices.

Signature: _____

Date: _____

Please detach and return this Acknowledgement to your local CVS/
pharmacy or to the address specified on the Notice.

**CVS/pharmacy**

---

**CVS/pharmacy**          #5883  Ph:662.289-1963
180 HWY 12 W
KOSCIUSKO, MS
39090-0000          www.cvs.com

IF YOU HAVE ANY QUESTIONS ABOUT YOUR
MEDICATION, PLEASE CONTACT YOUR PHARMACIST:
ROBERTS,DEBORAH, RPh.

NELSON,DONALD                    Rx: 129723
TRIAM/HCTZ 37.5/25 TAB MYL
Ph:662.290-6913                  10-01-2005

**PATIENT PRESCRIPTION INFORMATION**

**NELSON,DONALD**                10-01-2005
2704 ATTALA RD 4124              Prscbr: CARTER,RICHARD
SALLIS, MS  39160-0000           Refills: 0
Ph:662.290-6913
**TRIAM/HCTZ 37.5/25 TAB MYL**
mfr:MYLAN
TAKE 1 TABLET EVERY MORNING FOR BLOOD
PRESSURE

HYDROCHLOROTHIAZIDE WITH/TRIAMTERENE - ORAL (HI-dro-klor-oh-THIGH-uh-zide WITH try-AM-ter-een)

COMMON BRAND NAME(S): Dyazide, Maxzide

WARNING: This medication can raise your body's potassium levels. This effect is more likely to occur in patients with kidney disease, diabetes, or serious illness or in the elderly. Potassium levels must be closely monitored on a regular basis while taking this medication. If not treated, high potassium levels can sometimes be fatal. Seek immediate medical attention if you develop any of these rare but serious symptoms: muscle weakness, very slow heartbeat.

USES: This medication is a combination of two "water pills" (diuretics). It increases the amount of urine you make, which causes your body to get rid of excess water. Hydrochlorothiazide/triamterene is used in patients who have developed or are at risk for developing serious potassium loss with hydrochlorothiazide treatment alone. This drug is used to treat high blood pressure. Lowering high blood pressure helps prevent strokes, heart attacks, and kidney problems. This medication also reduces swelling/fluid retention (edema) seen with conditions such as congestive heart failure, liver disease, or kidney disease. This can help to improve symptoms such as trouble breathing.

HOW TO USE: Take this medication by mouth with or without food, usually once a day, or as directed by your doctor. The dosage is based on your medical condition and response to therapy. It is best to take this medication early in the day, before 4-6PM, to prevent having to wake up during the night to urinate. Consult your doctor or pharmacist if you have questions about your dosing schedule. Use this medication regularly in order to get the most benefit from it. Remember to use it at the same time of the day as directed. It is important to continue taking this medication even if you feel well. Most people with high blood pressure do not feel sick. Do not stop taking this medication without consulting your doctor. Cholestyramine and colestipol can decrease the absorption of hydrochlorothiazide. If you are taking either of these drugs, separate hydrochlorothiazide/triamterene from cholestyramine by at least 4 hours and from colestipol by at least 2 hours. If your condition persists or worsens, contact your doctor or pharmacist.

SIDE EFFECTS: See also Warning section. Dizziness, lightheadedness, headache, blurred vision, loss of appetite, stomach upset, diarrhea, or constipation may occur as your body adjusts to the medication. If any of these effects persist or worsen, notify your doctor or pharmacist promptly. This medication may lead to excessive loss of body water and minerals. Tell your doctor immediately if you have any of these unlikely but serious symptoms of dehydration or mineral loss: muscle cramps or weakness, confusion, severe dizziness, unusual dry mouth or thirst, nausea or vomiting, fast/irregular heartbeat, unusual decrease in the amount of urine, fainting, seizures. Tell your doctor immediately if any of these unlikely but serious side effects occur: numbness/tingling of the arms/legs, decreased sexual ability, kidney stones. Tell your doctor immediately if any of these highly unlikely but very serious side effects occur: persistent sore throat or fever, easy bleeding or bruising, stomach/abdominal pain, persistent nausea/vomiting, yellowing of eyes/skin. A serious allergic reaction to this drug is unlikely, but seek immediate medical attention if it occurs. Symptoms of a serious allergic reaction include: rash, itching, swelling, severe dizziness, trouble breathing. If you notice other effects not listed above, contact your doctor or pharmacist.

PRECAUTIONS: Before taking hydrochlorothiazide/triamterene, tell your doctor or pharmacist if you are allergic to it; or to sulfa medications; or if you have any other allergies. This medication should not be used if you have certain medical conditions. Before using this medicine, consult your doctor or pharmacist if you have: severe kidney disease (e.g., inability to make urine or anuria), high blood potassium levels (hyperkalemia), severe liver disease. Before using this medication, tell your doctor or pharmacist your medical history, especially of: kidney disease (e.g., kidney stones), liver disease, untreated mineral imbalance (e.g., sodium, chloride), gout, lupus, metabolic imbalance (e.g., acidosis), folic acid deficiency. If you have diabetes, hydrochlorothiazide may worsen control of blood glucose levels. Monitor your blood glucose levels regularly and inform your doctor of the results. This medication may make you more sensitive to the sun. Avoid prolonged sun exposure, tanning booths or sunlamps. Use a sunscreen and wear protective clothing when outdoors. Before having surgery, tell your doctor or dentist that you are taking this medication. This drug may make you dizzy or cause blurred vision; use caution engaging in activities requiring alertness such as driving or using machinery. Limit alcoholic beverages. To minimize dizziness and lightheadedness, get up slowly when rising from a seated or lying position. Caution is advised when using this drug in the elderly because they may be more sensitive to its effects, especially dizziness. This medication should be used only when clearly needed during pregnancy. Discuss the risks and benefits with your doctor. Hydrochlorothiazide passes into breast milk. Consult your doctor before breast-feeding.

DRUG INTERACTIONS: See also the How to Use section. This drug should not be used with the following medications because very serious interactions may occur: cisapride, dofetilide, eplerenone, other potassium sparing diuretics (e.g., spironolactone, amiloride), tacrolimus. If you are currently using any of these medications, tell your doctor or pharmacist before starting hydrochlorothiazide/triamterene. Do not take potassium supplements or salt substitutes containing potassium without talking to your doctor or pharmacist first. This medicine can raise your potassium levels, which rarely can cause very serious side effects. Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal products you may use, especially of: ACE inhibitors (e.g., captopril, lisinopril), angiotensin receptor blockers (e.g., losartan, valsartan), cholestyramine, colestipol, diazoxide, digoxin, lithium, nonsteroidal anti-inflammatory drugs (e.g., ibuprofen, indomethacin). Check the labels on all your medicines (e.g., cough-and-cold products, diet aids) because they may contain ingredients that could increase your blood pressure. Ask your pharmacist about the safe use of those products. This product can affect the results of certain lab tests. Make sure laboratory personnel and your doctors know you use this drug. Do not start or stop any medicine without doctor or pharmacist approval.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. US residents can call the US national poison hotline at 1-800-222-1222. Canadian residents should call their local poison control center directly. Symptoms of overdose may include fainting, severe weakness, a severe decrease in amount of urine, or slow or shallow breathing.

NOTES: Do not share this medication with others. Lifestyle changes such as stress reduction programs, exercise, and dietary changes may increase the effectiveness of this medicine. Talk to your doctor or pharmacist about lifestyle changes that might benefit you. Laboratory and/or medical tests (e.g., blood mineral levels such as potassium, kidney and liver function tests,

NELSON,DONALD                    Rx: 129723  Qty:30
TRIAM/HCTZ 37.5/25 TAB MYL                    Date:10-01-2005

**IMPORTANT DISCLAIMER**   The side effects listed above are not all of the possible risks that could be caused by this medication. For further information, please consult with
your physician about the uses, precautions, and risks of this medication specific to your health. This information is obtained from First DataBank for use as an educational aid

MONTFORT JONES MEMORIAL HOSPITAL
P.O. BOX 887
KOSCIUSKO, MS 39090

7610-4320

RETURN SERVICE REQUESTED

BILLING QUESTIONS: 662-289-4311

| IF PAYING BY MASTERCARD, VISA OR AMERICAN EXPRESS, FILL OUT BELOW. |
|---|
| CHECK CARD USING FOR PAYMENT |

☐ MASTERCARD   ☐ VISA   ☐ AMERICAN EXPRESS

CARD NUMBER

SIGNATURE                                    EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 10/03/05 | $674.95 | 0171898 |

SHOW AMOUNT PAID HERE   $

400004A

**ADDRESSEE:**

NELSON, DODNALD
2204 ATTALA RD 4124
SALLIS, MS 39160-5543

**REMIT TO:**

MONTFORT JONES MEMORIAL HOSPITAL
P.O. BOX 887
KOSCIUSKO, MS 39090

7610-4320*1MO0R69WJ001111

☐ Please check box if address is incorrect or insurance
☐ information has changed, and indicate change(s) on reverse side.

## STATEMENT

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| SERV DATE | PATIENT NAME | PATIENT NUM | CHARGES | PAYMENTS / ADJUSTMENTS | INTEREST | BALANCE |
|---|---|---|---|---|---|---|
| 09/30/05 | NELSON, DODNALD | 0171898 | 674.95 | 0.00 | 0.00 | 674.95 |

*If You Have Any Questions*
*Please Contact The Business*
*Office At 289-4311.*

ACCOUNT NO.: 0171898

| PLEASE PAY THIS AMOUNT |
|---|
| ►►►►►►►►►► $674.95 |

7610-4320*1MO0R69WJ001111

# NELSON,DONALD

**Rx #: 6702228**
Date: 10/18/2005

If you have any questions,please feel free to contact your pharmacist at (662) 289-4593
or CARTER,RICHARD  at (662) 289-1800

**Directions :  USE ONE AMPULE IN NEBULIZER THREE TIMES DAILY**

# ALBUTEROL 0.083%    NEB                                      34

ALBUTEROL (al-BYOO-ter-ole)

COMMON USES:  This medicine is a bronchodilator used to treat or prevent the symptoms of asthma, emphysema, and other breathing conditions. This medicine is also used to prevent the symptoms of exercise-induced asthma. It may also be used to treat other conditions as determined by your doctor.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. STORAGE REQUIREMENTS FOR THIS PRODUCT depends on the product that your doctor has prescribed. Consult your package labeling for instructions on how to store your medicine.  DO NOT USE this medicine if the solution changes color or becomes cloudy. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, use it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule.

CAUTIONS:  DO NOT INCREASE YOUR DOSE without checking with your doctor. If your symptoms do not improve or if they become worse, check with your doctor. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. THIS MEDICINE MAY CAUSE dry mouth or an unpleasant taste in your mouth. Rinsing your mouth with water after each dose may help relieve these effects. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS, that may go away during treatment, include fast heartbeat, nervousness, tremors, headache, difficulty sleeping, or nausea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience rash, hives, itching, wheezing, or increased difficulty breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

BEFORE USING THIS MEDICINE:  INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. is not working as well or if you need to use it more often than usual, such as using 4 or more puffs daily or using more than 1 inhaler every 8 weeks, tell your doctor or pharmacist promptly. This may be a sign of worsening asthma which is a serious condition. DO NOT SUDDENLY STOP using this medicine. Doing so may cause your breathing condition to get worse. Discuss with your doctor the benefits and risks of using this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding.

OVERDOSE:  IF OVERDOSE IS SUSPECTED, contact your local poison control center or emergency room immediately. Symptoms of overdose may include chest pain, fast or irregular heartbeat, tremors, seizures, nervousness, sleeplessness, weakness, and dizziness.

54. Information Expires 11/17/2005

**WAL★MART**
**PHARMACY**
(662) 289-4593
220 VETERANS MEMORIAL DRIVE
Kosciusko,MS 39090 -0000

**NELSON,DONALD**            **10/18/2005**   NEW
2204 ATTALA RD 4124  SALLIS,MS 39160
**RX: 6702228**   Ref # 0  QTY: 225   DAW: 0     DS: 25
NDC: 66794-0001-25      ALBUTEROL 0.083%   NEB RXE
CARTER,RICHARD               NABP: 2519227

**Patient Pay**   $27.68

**WAL★MART**
**PHARMACY**
(662) 289-4593
220 VETERANS MEMORIAL DRIVE
Kosciusko,MS 39090 -0000

**NELSON,DONALD**            **10/18/2005**   NEW
2204 ATTALA RD 4124  SALLIS,MS 39160
**RX: 6702228**   Ref # 0  QTY: 225   DAW: 0     DS: 25
NDC: 66794-0001-25      ALBUTEROL 0.083%   NEB RXE
CARTER,RICHARD               NABP: 2519227

**Patient Pay**   $27.68

# NELSON,DONALD

**Rx #: 6702227**     **If you have any questions,please feel free to contact your pharmacist at (662) 289-4593**
Date: 10/18/2005   **or PAYNE,JOHN   at**

**Directions :   INHALE TWO PUFFS 4 TIMES DAILY**

# ALBUTEROL INH 90MCG AER                                34

ALBUTEROL (al-BYOO-ter-ole)

COMMON USES:  This medicine is a bronchodilator used to treat or prevent the symptoms of asthma, emphysema, and other breathing conditions. This medicine is also used to prevent the symptoms of exercise-induced asthma. It may also be used to treat other conditions as determined by your doctor.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. THIS MEDICINE MAY COME with an instruction leaflet. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. BEFORE USING THIS MEDICINE, be sure that the canister is properly inserted into the inhaler unit and SHAKE WELL. Exhale slowly and deeply. UNLESS YOUR DOCTOR HAS TOLD YOU OTHERWISE, position the mouthpiece between your lips and try to rest your tongue flat. Your doctor may have told you to hold the inhaler 1 or 2 inches (2 or 3 centimeters) away from your open mouth or may have instructed you to use a special spacing device. AS YOU START TO TAKE A SLOW, DEEP BREATH, PRESS THE CANISTER AND MOUTHPIECE TOGETHER at exactly the same time to administer a dose of this medicine. Continue inhaling slowly and deeply and hold your breath for as long as comfortable, then exhale slowly through pursed lips or through your nose. If more than 1 inhalation is to be used, wait a few minutes and repeat the above process. KEEP THE SPRAY AWAY from your eyes. KEEP TRACK OF THE NUMBER of sprays you use and subtract this number from the number of doses in the container. This will help you know when the container is becoming empty. STORE THIS MEDICINE at room temperature, away from extreme temperatures and direct sunlight. Do not puncture, break, or burn container, even if it appears empty. CONTINUE TO USE this medicine even if you feel well. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE use it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule.

CAUTIONS:   KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are using this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. AVOID LARGE AMOUNTS OF caffeine-containing foods and beverages, such as coffee, tea, cocoa, cola drinks, and chocolate. Before switching brands of this medicine, consult your doctor or pharmacist. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS, that may go away during treatment, include fast heartbeat, nervousness, tremors, headache, difficulty sleeping, or nausea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience rash, hives, itching, wheezing, or increased difficulty breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

BEFORE USING THIS MEDICINE:   INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. is not working as well or if you need to use it more often than usual, such as using 4 or more puffs daily or using more than 1 inhaler every 8 weeks, tell your doctor or pharmacist promptly. This may be a sign of worsening asthma which is a serious condition. DO NOT SUDDENLY STOP using this medicine. Doing so may cause your breathing condition to get worse. Discuss with your doctor the benefits and risks of using this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding.

54. Information Expires 11/17/2005

**WAL★MART**  (662) 289-4593
**PHARMACY**  220 VETERANS MEMORIAL DRIVE
                  Kosciusko,MS 39090 -0000
**NELSON,DONALD**                **10/18/2005**    **NEW**
2204 ATTALA RD 4124  SALLIS,MS 39160
**RX: 6702227**    Ref # 0   QTY: 17    DAW: 0    DS: 23
NDC: 59930-1560-01     ALBUTEROL INH 90MCG AER WAR
PAYNE,JOHN                      NABP: 2519227

          **Patient Pay**   $16.32

**WAL★MART**  (662) 289-4593
**PHARMACY**  220 VETERANS MEMORIAL DRIVE
                  Kosciusko,MS 39090 -0000
**NELSON,DONALD**                **10/18/2005**    **NEW**
2204 ATTALA RD 4124  SALLIS,MS 39160
**RX: 6702227**    Ref # 0   QTY: 17    DAW: 0    DS: 23
NDC: 59930-1560-01     ALBUTEROL INH 90MCG AER WAR
PAYNE,JOHN                      NABP: 2519227

          **Patient Pay**   $16.32

# NELSON,DONALD

**Rx #: 6702227**       **If you have any questions,please feel free to contact your pharmacist at (662) 289-4593**
Date: 10/18/2005     **or PAYNE,JOHN  at**

**Directions :  INHALE TWO PUFFS 4 TIMES DAILY**

# ALBUTEROL INH 90MCG AER                           **34**

OVERDOSE:    IF OVERDOSE IS SUSPECTED, contact  your  local poison control center or emergency roon immediately.  Symptoms  of overdose may include chest pain, fast or irregular heartbeat, tremors, seizures, nervousness sleeplessness, weakness, and dizziness.

54. Information Expires 11/17/2005


**WAL★MART**
**PHARMACY**

**WAL★MART**
**PHARMACY**

Follow up 10/24/05

```
C#:   189741                          E N C O U N T E R
# : 0000015886
B :                                   00005 MCHC DURANT CLINIC
PE: ESTABLISHED PATIENT               P O BOX 32
 #:                                   DURANT                  MS 39063 - 0032     PAT #:

LSON           DONALD                                 DEPARTMENT: 1006 PEDIATRIC
04 ATTALA ROAD                                        PROVIDER :     623 REBECCA
                                                      FIN CLASS :    P SELF-PAY
LLIS          MS 39760 - 0000                         INSURANCE :
2-290-6913                                            CREDIT CO :

OV SIGNATURE:                          ACCIDENT DATE:            ADMIT
XT APPT      :                         ONSET DATE   :            DISCHARGE
```

```
Y PROC  M1 M2 TO SURF  PROC DESCRIPTION       QTY PROC  M1 M2 TO SURF  PROC DESCR

__ I.            __ _____  ****OFFICE VISITS NEW***    ___ 99351 EP        EPSDT
                                                       ___ 99351 EP        EPSDT
__ 99201         __ _____  OFFICE VISIT NEW BRIEF      ___ 99382 EP        EPSDT AGES
__ 99202         __ _____  OFFICE VISIT NEW LIMITED    ___ 99392 EP        EPSDT AGES
__ 99203         __ _____  OFFICE VISIT NEW INTERME    ___ 99383 EP        EPSDT AGES
__ 99204         __ _____  OFFICE VISIT NEW EXTENDE    ___ 99393 EP        EPSDT AGE
__ 99205         __ _____  OFFICE VISIT NEW COMPREH    ___ 99384 EP        EPSDT AGE
                                                       ___ 99394 EP        EPSDT AGE
__ II.           __ _____  OFFICE VISIT ESTABLISHED    ___ 99385 EP        EPSDT AGE
                                                       ___ 99395 EP        EPSDT AGE
__ 99211         __ _____  OFFICE VISIT ESTABLISHED    ___ 99401 EP        ADOLESCENT
__ 99212         __ _____  OFFICE VISIT ESTABLISHED
__ 99213         __  X     OFFICE VISIT EST INTERME    ___ V.              *******
__ 99214         __ _____  OFFICE VISIT EST EXTENDE
__ 99215         __ _____  OFFICE VISIT EST COMPREH    ___ J0540           INJECTION
                                                       ___ J0870           INJECTION
__ T1017 EP      __ _____  HIGH RISK MANAGMENT         ___ J0696           INJECTION
__ H0023 EP      __ _____  PSYCHOLOGICAL COUNSEL       ___ J2550           INJECTION
__ S9445 EP      __ _____  HEALTH EDUCATION            ___ J0702           INJECTION
__ S9123 EP      __ _____  IN HOME NURSE VISIT         ___ J1055           INJECTION
__ S9127 EP      __ _____  IN HOME SOCIAL WORK         ___ J1100           INJECTION
__ S9470 EP      __ _____  IN-HOME NUTRITIONIST        ___ J1940           INJECTION
__ T1023 EP      __ _____  INFANT RISK SCREENING       ___ J0200           INJECTION
                                                       ___ J1820           INJECTION
__ III.          __ _____  *******LABORATORY******     ___ J1885           INJECTION
                                                       ___ 90471 EP        ADMIN OF
__ 82947         __ _____  FINGERSTICK BLD SUG         ___ 90472 EP        ADMIN OF
__ 82465         __ _____  FINGERSTICK-CHOLESTE        ___ 90700 EP        DTAP
__ 83020         __ _____  FINGERSTICK-HEMOG           ___ 90648 EP        HIB
__ 81000         __ _____  URINALYSIS-DIPSTICK        ___ 90744 EP        HEPATITIS
__ 81025         __ _____  URINE/PREGNANCY             ___ 90713 EP        IPV
__ 82270         __ _____  HEMOCULT TEST               ___ 90707 EP        MMR
                                                       ___ 90716 EP        VARICELLA
__ IV.           __ _____  ******EPSDT*******          ___ 90657 EP        FLU 6-35
                                                       ___ 90658 EP        FLU  3YRS
__ 99173 EP      __ _____  VISION HEARING
__ 92551 EP      __ _____  HEARING SCREENING
```

```
89.00 ABDMNAL PAIN          250.00 DIABETES,NID           486     PNEUMONIA
14.01 ADHD                  691.0  DIAPER RASH             705.1   PRICKLY HEA
85.9  ANEMIA NOS            345.90 EPILEPSY,UNSPECIFIED    782.1   RASH
93.00 ASTHMA,UNSPECIFIED    487.1  FLU W RESP MANI         119.5   RHINITIS
10.4  ATHLETE'S FOOT        818.0  FX ARM NOS              133.0   RINGWORM
66.0  BRONCHITIS,ACUTE      827.0  FX LOWER LIMB NOS       133.0   SCABIES
12.9  CANDIDIAL VAGINITIS   558.9  GASTROENTERITIS NOS     737.30  SCOLIOSIS
85.2  CARDIAC MURMURS       784.0  HEADACHE                780.39  SEIZURE
82.9  CELLULITIS NOS        550.90 HERNIA,INGUINAL         461.9   SINUSITIS
60    COMMON COLD           684    IMPETIGO                708.85  SPASM OF M
72.10 CONJUNCTIVITIS,CHRON  464.0  LARYNGITIS,ACUTE        V58.3   SUTURE REM
64.00 CONSTIPATION NOS      779.3  NB FEEDING PROB         112.0   THRUSH
24.9  CONTUSION NOS         278.00 OBESITY NOS             111.0   TINEA VERS
65.40 COUNSELING NOS        381.01 OTITIS MEDIA            463     TONSILLITI
92.89 DERMATITIS NEC        462    PHARYNGITIS,ACUTE       599.0   UTI
10.5  DERMATOPHYTOSIS       127.4  PIN WORMS               V20.2   WELL CHILD
50.01 DIABETES,ID
```

MALLORY COMMUNITY HEALTH CTR.
P O BOX 479                              PHONE #
17280 HWY 17 SOUTH                       FEDERAL ID #  640829371
LEXINGTON            MS 39095-0479

                                         BILL TO #    2002000018423
       DONALD  NELSON
       2204 ATTALA ROAD
       SALLIS              MS 39760-0000
                                         BALANCE DUE          89.00

                                                     AMOUNT ENCLOSED

| DATE | PS DIAG | PRO PROC | DESCRIPTION | RECEIPT # | AMOUNT |
|---|---|---|---|---|---|
| 10/07 2005 | | | PREVIOUS BALANCE | | .00 |
| 10/07 2005 | 466.0 | RBC 99203 | OFFICE VISIT NEW INTERMEDIATE | | 200.00 |
| | 11 NELSON, DONALD | | PRIMARY    ACUTE BRONCHITI | | |
| 10/07 2005 | 472.0 | RBC 82947 | FINGERSTICK BLD SUG | | 24.00 |
| | 11 NELSON, DONALD | | SECONDARY  CHRONIC RHINITI | | |
| 10/07 2005 | 472.0 | RBC 83020 | FINGERSTICK-HEMOG | | 10.00 |
| | 11 NELSON, DONALD | | SECONDARY  CHRONIC RHINITI | | |
| 10/07 2005 | 472.0 | RBC J0696 | INJECTION ROCEPHIN 250 MG | | 25.00 |
| | 11 NELSON, DONALD | | SECONDARY  CHRONIC RHINITI | | |
| 10/07 2005 | 472.0 | RBC J1100 | INJECTION DECADRON | | 20.00 |
| | 11 NELSON, DONALD | | SECONDARY  CHRONIC RHINITI | | |
| 10/07 2005 | | | CASH PAYMENT | 00000005 | 30.00- |
| 10/07 2005 | | | SLIDING FEE ADJUSTMENT | | 160.00- |
| 10/07 2005 | | | ENDING BALANCE | | 89.00 |

NEXT APPOINTMENT -

THANK YOU FOR CHOOSING MALLORY COMMUNITY HEALTH CENTER,
WHERE YOU ENTER A PATIENT AND LEAVE A FRIEND

| | | | | CURRENT | |
| BEGINNING | CURRENT | CURRENT | CURRENT | FINANCE | ENDING |
| BALANCE | CHARGES | ADJUSTMENTS | PAYMENTS | CHARGES | BALANCE |
|---|---|---|---|---|---|
| .00 | 279.00 | 160.00- | 30.00- | .00 | 89.00 |

| | | | | | FINANCE CHARGE |
| 000-030 | 031-060 | 061-090 | 091-120 | 121-OVER | COMPUTED ON |
|---|---|---|---|---|---|
| 89.00 | .00 | .00 | .00 | .00 | .00 |

# OFFICE OF DISABILITY DETERMINATION SERVICES
## POST OFFICE BOX 1271
### JACKSON, MISSISSIPPI 39215-1271

*Toll-Free Number 1-800-962-2230*                    *Local Number 853-5100*

October 24, 2005

TDN: 0037730068                                          CLAIM: C38866

### THIS IS A REMINDER NOTICE
### PLEASE KEEP YOUR SCHEDULED APPOINTMENT

DONALD EUGENE NELSON
2204 ATTALA RD 4124
SALLIS MS 39160                       A/N: _____

Dear DONALD EUGENE NELSON

PLEASE GO TO:        RUBY MOY MD
                     MADISON GENERAL HOSPITAL
                     RURAL HEALTH CLINIC
                     HWY 16 EAST
                     CANTON MS 39046
                     (601) 859-6582

DATE:  November  2, 2005                    AT:  1:45 PM

If you fail to keep this appointment, or fail to notify us at least
24 HOURS PRIOR to the scheduled appointment, the decision will be
made on the information in the case. This information is inadequate
and/or incomplete at this time.

                         Sincerely,

                         Cheree  Murray
                         Disability Examiner

                         Extension Number: 5630
                         Unit:  3

PTT
C10 CE reminder

| TYPE OF BILL | DATE OF PREV. BILL | 1401 RIVER ROAD |
|---|---|---|
| FINAL INP | 10/20/05 | GREENWOOD MS 38930 |
| | | 662 459-1158 |

| 1 | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|
| | NELSON , DONALD | 50158807 | M | | 10/14/05 | 10/17/05 | 3 |

| | | C.O.S. | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|---|
| GUARANTOR NAME AND ADDRESS | DONALD NELSON 2204 ATTLA RD SALLIS MS 39160 | 11 | NO INSURANCE | | 00 |
| | | | PAYNE, JOHN | | |

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

| AMOUNT OF PAYMENT | $ |
|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2 | EST. COVERAGE INS. CO. NO. 3 | EST. COVERAGE INS. CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | SUMMARY OF CHARGES | | | | | | | |
| | R&C INPATIE 03DAYS 598.00 | | 1794.00 | | | | | 1794.00 |
| | PHARMACY | | 684.51 | | | | | 684.5 |
| | MED/SURG SUPPLIES | | 654.00 | | | | | 654.00 |
| | LAB/PATH | | 179.00 | | | | | 179.00 |
| | XRAY | | 333.00 | | | | | 333.00 |
| | RESP THERAPY | | 1153.00 | | | | | 1153.00 |
| | INJECTION | | 972.00 | | | | | 972.00 |
| | SUB-TOTAL OF CHARGES | | 5769.51 | | | | | 5769.5 |

THANK YOU FOR USING GREENWOOD LEFLORE HOSPITAL.
WE WILL BILL THE INSURANCE NOTED ABOVE.
IF NO INSURANCE IS NOTED PLEASE CONTACT OUR OFFICE
AT 662-459-1159 TO MAKE ARRANGEMENTS FOR PAYMENT.
PLEASE RETAIN FOR YOUR RECORDS

| TOTALS | | | 5769.51 | | | | | 5769.5 |
|---|---|---|---|---|---|---|---|---|

| PATIENT NUMBER 50158807 | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | 5769.5 |
|---|---|---|---|---|
| | | DATE SHOWN NOT NECESSARILY DATE OF SERVICE | | |

GREENWOOD LEFLORE HOSP

THE UNIVERSITY HOSPITALS
AND CLINICS - HOLMES COUNTY

16701-L883

PAY BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW

RETURN SERVICE REQUESTED

FOR BILLING INQUIRIES CALL 662-834-1321

| STATEMENT DATE | PAY THIS AMOUNT | ACCT # |
|---|---|---|
| 10/21/05 | $1623.73 | 417790 |

SHOW AMOUNT
PAID HERE $

PAGE: 1 of 1

ADDRESSEE:

NELSON DONALD
2204 ATTALA RD
SALLIS MS 39160

REMIT TO:

THE UNIVERSITY HOSPITALS
AND CLINICS - HOLMES COUNTY
239 BOWLING GREEN ROAD
LEXINGTON MS 39095-5167

16701-L883*1N50YWXINJ00002

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

STATEMENT

| PATIENT NAME | ACCOUNT NO. | SERVICE BEGIN | SERVICE END |
|---|---|---|---|
| NELSON DONALD | 417790 | 10/14/05 | 10/14/05 |

DESCRIPTION OF SERVICE

| | |
|---|---|
| EMERG ROOM | 374.75 |
| EMERGENCY ROOM | 536.11 |
| LABORATORY (LAB) | 75.90 |
| LAB/HEMOTOLOGY | 61.64 |
| LAB-IMMUNOLOGY | 77.53 |
| LAB-BACTERIOLOGY | 85.21 |
| DX X-RAY/CHEST | 147.19 |
| PULMONARY FUNC | 22.90 |
| RESPIRATORY THER | 133.50 |
| DRUG DETAIL CODES | 128.00 |

THANK YOU FOR SELECTING OUR FACILITIES FOR YOUR HEALTH CARE NEEDS.
PLEASE CALL OUR BUSINESS OFFICE WITH ANY QUESTIONS.

| TOTAL CHARGES | ESTIMATED INSURANCE DUE | PATIENT PORTION | PAID BY PATIENT | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|
| $1623.73 | $0.00 | $1623.73 | $0.00 | $1623.73 |

MESSAGES

PAYMENT DUE BY : 11/05/05

THE UNIVERSITY HOSPITALS AND CLINICS - HOLMES COUNTY

16701-L883*1N50YWXINJ00002



**Greenwood**
**Leflore**
**Hospital**

NELSON, DONALD
2204 ATTLA RD
SALLIS, MS 39160


RE:    Patient Name: NELSON, DONALD

Account #: 50158807

Service Date: 10-14-05

Balance:    $4,664.89


Dear DONALD,

After reviewing your account at Greenwood Leflore Hospital, we feel you may meet the eligibility
requirements to qualify for medical financial assistance to help pay for medical services
or treatments, hospital stays, and prescribed medications.

In order to make a full evaluation of potential eligibility, please complete the enclosed
*Financial Assistance Questionnaire* and return it to our office as soon as possible.

To expedite this process, contact us at (662) 459-4312 upon receipt of this letter, or
come by our office located at Greenwood Leflore Hospital, 1401 River Road, Greenwood, MS 3893ɪ

Sincerely,

## SHANDRA

Benefits Advisor,
Medstandard, Inc.

| PATIENT NAME | SERVICE DATE | HOSPITAL SERVICE | ACCOUNT NUMBER |
|---|---|---|---|
| NELSON DONALD | 10/14/05 | | 13668309 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | PREVIOUS BALANCE | 0.00 |
| 10/14/05 | 7 ALS 1 EMERGENCY -BASE | 485.00 |
| 10/14/05 | 13 ALS MILEAGE | 132.00 |

| ACCOUNT BALANCE | ESTIMATED INSURANCE DUE | TOTAL CREDITS | PLEASE PAY THIS AMOUNT |
|---|---|---|---|
| 617.00 | 0.00 | 0.00 | ▶▶▶▶▶▶▶ $617.00 |

DUE BY : 11/05/05

### MESSAGES:

THANK YOU FOR CHOOSING UNIVERSITY HOSPITALS & CLINICS.
PLEASE PAY THE PATIENT AMOUNT DUE TODAY.
SO1 SELF PAY .00

THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER
*Mississippi's Health Sciences Campus*

Please Detach and Return This Portion With Your Payment
MAKE CHECKS PAYABLE TO



THE UNIVERSITY HOSPITALS AND CLINICS

RETURN SERVICE REQUESTED

12935-0667

FOR BILLING INQUIRIES, CALL 1-866-842-7574
OR 1-601-984-4640

Please check if below address is incorrect and indicate change on reverse side.
ADDRESSEE

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW

| STATEMENT DATE | PAY THIS AMOUNT | ACCT # |
|---|---|---|
| 10/22/05 | $617.00 | 13668309 |

PAGE: 1 of 1

SHOW AMOUNT PAID HERE $

12935-0667 1A70-SPEAK00-00

REMIT TO

DONALD NELSON
2204 ATTALA RD
SALLIS, MS 39160

UNIVERSITY HOSPITALS & CLINICS
P.O. BOX 22547
JACKSON, MS 39225-2547

HOWELL & HIGGIE DRUG CO.
309 N.W. DEPOT   DURANT, MS 39063

THE INFORMATION CONTAINED HEREIN IS
STRICTLY CONFIDENTIAL PLEASE DISPOSE PROPERLY

May take with meals if stomach upset occurs. Finish all
medication. Take on schedule. May reduce effectiveness of birth
control pills. May cause diarrhea. May alter urine test
results. Consult Dr. Report hives/itching/problems in breathing to Dr.
Promptly report unusual symptoms/effects to Dr. Keep in original
container to reduce potency loss.

Rx138 743 ---        10/07/05

AMOXICILLAV 875MG TAB
                                    RH
                                    TEVA USA   Qty 20
DONALD NELSON                       DR CLANTON, BECKY

TAKE 1 TABLET TWICE A DAY FOR 10
DAYS



HOWELL & HIGGIE DRUG CO.
309 N.W. DEPOT   DURANT, MS 39063

DONALD NELSON                                    RECEIPT
2704 ATTALA RD. SALLIS MS 39160                  10/07/05
567 290 6913

Rx138 743 00    Refill 0

AMOXICILLAV 875MG TAB
NDC 00093 2275 34    Qty 20
Cash
Dr CLANTON, BECKY
                    TEVA USA
                    662 834 182.2        $41.95

HOWELL & HIGGIE DRUG CO.
309 N.W. DEPOT   DURANT, MS 39063

DONALD NELSON                                    RECEIPT
2704 ATTALA RD. SALLIS MS 39160                  10/07/05
Cash
Rx138-743 00    Refills 0

Patient Delivery No

                                    $41.95