IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 96-20015-001 |
| | ) | |
| DONALD EUGENE NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

### RESPONSE TO MOTION FOR DISCHARGE OF FINE AND RESTITUTION

Now comes the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Elizabeth L. Collins, Assistant United States Attorney, and responds as follows to Defendant's "Motion for Discharge of Fine and Restitution" (Doc. 94), and submits the accompanying memorandum in support thereof:

1. The Defendant has not established grounds to discharge his fine and restitution.

2. The Defendant has not cited jurisdictional authority for the Court to discharge the fine or restitution.

3. This Court can adjust the previously established payment schedule.

Wherefore, the Defendant's motion should be denied and an adjustment in the payment schedule be granted, if appropriate.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By: s/ Elizabeth L. Collins
_____
Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/492-4450
Fax: 217/492-4888
email: beth.collins@usdoj.gov

### CERTIFICATE OF SERVICE

    The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

                                          Donald Eugene Nelson
                                          2204 Attala Road 4124
                                          Sallis, MS  39160

    December 6, 2005                                           s/ Elizabeth L. Collins
Date:_____             _____