**E-FILED**
Tuesday, 06 December, 2005  04:02:35 PM
Clerk, U.S. District Court, ILCD

United States District Court
Account Summary

12/06/2005

NELSON, DONALD EUGENE

| | |
|---|---|
| Case Number | 0753 3 9620015 001 |
| Assessment | 50.00 |
| Fine | 3,000.00 |
| Restitution | 2,700.00 |

---

Special Assessment - 504100

| Payment date | Receipt | Payment by | Payment | Interest | Total Due |
|---|---|---|---|---|---|
| 10/17/1997 | 24291 | Money Order | 50.00 | | 0.00 |

Fine - 504100

| Payment date | Receipt | Payment by | Payment | Interest | Total Due |
|---|---|---|---|---|---|
| 10/20/1999 | 37769 | BOP | 225.00 | | 2,775.00 |
| 07/13/2000 | 39353 | BOP | 25.00 | | 2,750.00 |
| 04/11/2001 | P739 | BOP | 25.00 | | 2,725.00 |
| 08/15/2001 | P1635 | BOP | 25.00 | | 2,700.00 |
| 10/15/2001 | P2051 | BOP | 25.00 | | 2,675.00 |
| 01/14/2002 | P2755 | BOP | 25.00 | | 2,650.00 |
| 04/11/2002 | P3483 | BOP | 25.00 | | 2,625.00 |
| 07/18/2002 | P4345 | BOP | 25.00 | | 2,600.00 |
| 10/07/2002 | P5040 | BOP | 25.00 | | 2,575.00 |
| 01/13/2003 | P5772 | BOP | 25.00 | | 2,550.00 |
| 04/14/2003 | P6517 | BOP | 25.00 | | 2,525.00 |
| 07/07/2003 | P7172 | BOP | 25.00 | | 2,500.00 |
| 07/06/2004 | 144094 | BOP | 25.00 | | 2,475.00 |
| 01/05/2005 | 144116 | BOP | 25.00 | | 2,450.00 |
| 04/05/2005 | 144127 | BOP | 25.00 | | 2,425.00 |

GOVERNMENT EXHIBIT A

```
09/19/2005   P13809   Money Order              20.00                    2,405.00
```

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 96-20015-001 |
| DONALD EUGENE NELSON, | ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT OF ELIZABETH L. COLLINS

I, Elizabeth L. Collins, the Assistant United States Attorney assigned to the enforcement of criminal monetary penalties, state as follows:

1. On November 21, 2005, I talked on the telephone to Andrew Martin, the U.S. Probation officer supervising Donald E. Nelson in Mississippi.

2. Andrew Martin told me that Donald E. Nelson, although diabetic, is able to work, that according to his prison report he was assigned to regular duty with the restrictions of no food service work and a pollution-free work area, and that his last monthly report indicated that he was self-employed working at home fixing cars.

FURTHER AFFIANT SAYETH NOT.

s/ Elizabeth L. Collins

Elizabeth L. Collins
Assistant United States Attorney

Signed and Sworn to before me

this 6th day of December, 2005.          (SEAL AFFIXED)

s/ Kathleen G. Gaillard

NOTARY PUBLIC

