IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>DONALD E. NELSON,<br><br>    Defendant. | No. 96cr20015<br>Hon. Michael M. Mihm<br>United States District Judge,<br>Presiding |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES court-appointed counsel for Defendant DONALD E. NELSON, Federal Public Defender Richard H. Parsons, First Assistant Federal Public Defender Jonathan E. Hawley, and Staff Attorney William C. Zukosky, and moves this Honorable Court for an Order allowing counsel to withdraw, and in support state as follows:

    1. Pursuant to Administrative Order 08-U-0005, this Court appointed counsel to represent the Defendant on his request for a reduced sentence pursuant to 18 U.S.C. § 3582(c)(2) and the retroactive amendments to the crack cocaine guidelines.

    2. Undersigned counsel has thoroughly reviewed the Defendant's case, and has concluded that Defendant is ineligible for a sentence reduction for the following reasons.

    3. On March 23, 1996 this Court entered Judgment of conviction and sentence on one count of distribution of cocaine base (crack) in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). This Court sentenced Defendant to a total term of 130 months imprisonment, to be followed by a term of 5 years of supervised release.

1

    4. Defendant was released from imprisonment on August 19, 2005, and is currently serving his 5-year term of supervised release.

    5. 18 U.S.C. 3582(c)(2) provides that in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has been subsequently lowered by the Sentencing Commission, the Court may reduce the term of imprisonment after considering the factors set forth in section 3553(a) to the extent they are applicable and if such reduction is consistent with applicable policy statements issued by the Sentencing Commission.

    6. Effective November 1, 2007, Amendment 706 to the United States Sentencing Guidelines reduced the base offense level for most cocaine base (crack) offenses. U.S.S.G. § 2D1.1(c) (Nov. 1, 2007). Effective March 3, 2008 the Sentencing Commission promulgated an amendment to U.S.S.G. § 1B1.10, and designated Amendment 706 as an amendment that may be applied retroactively. U.S.S.G. § 1B1.10. p.s. *See* Supplement to the 2007 Guidelines Manual (May 1, 2008).

    7. Amended U.S.S.G. § 1B1.10(a)(1)(A) provides that, "In a case in which a defendant *is serving* a term of imprisonment, and the guideline range applicable to that defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual listed in subsection (c) below, the court may reduce the defendant's term of imprisonment as provided in 18 U.S.C. § 3582(c)(2) ..." (emphasis added).

    8. Because Defendant finished serving his term of imprisonment on August 19, 2005, in the opinion of undersigned counsel a reduction in the Defendant's sentence would be inconsistent with U.S.S.G. § 1B1.10 and is therefore not authorized in these particular proceedings brought under 18 U.S.C. § 3582(c)(2). *See United States v. Payne*, 2008 WL 2065059 (S.D.N.Y. May 15, 2008).

9. Since undersigned counsel has concluded that Defendant is ineligible, court-appointed counsel cannot file an amended petition on Defendant's behalf, and respectfully request that they be allowed to withdraw as counsel and that Defendant be allowed to proceed in this matter *pro se*.

10. Defendant's current address is 8008 Highway 14, Sallis, Mississippi 39160.

WHEREFORE, court-appointed counsel respectfully request that this Honorable Court enter an order allowing counsel to withdraw and allowing the Defendant to proceed *pro se*.

        Respectfully Submitted,

        DONALD E. NELSON
        Defendant

        RICHARD H. PARSONS
        Federal Public Defender

        JONATHAN E. HAWLEY
        First Assistant FPD

        BY:   s/ William C. Zukosky
        _____
        WILLIAM C. ZUKOSKY
        Attorney for Defendant
        Staff Attorney
        ARDC Reg. No. 3121844
        300 Main Street
        Urbana, Illinois 61801
        Phone: (217) 373-0666
        Fax: (217) 373-0667
        E-mail: william_zukosky@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorneys Colin S. Bruce and Elizabeth L. Collins.

                                                s/ William C. Zukosky

                                                _____
                                                WILLIAM C. ZUKOSKY
                                                Attorney for Defendant
                                                Staff Attorney
                                                ARDC Reg. No. 3121844
                                                Federal Public Defender's Office
                                                300 Main Street
                                                Urbana, Illinois 61801) 373-0667
                                                E-mail: william_zukosky@fd.org