**E-FILED**
Tuesday, 22 July, 2008  02:20:10 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 96-20015 |
| | ) | |
| DONALD E. NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

On March 26, 2008, Defendant filed a Motion to Reduce Sentence [Doc. #98] based on the retroactive Amendment to the sentencing guideline range regarding crack cocaine sentencing.

This Defendant was sentenced on March 23, 1996 to 130 months imprisonment. Defendant was released from imprisonment on August 19, 2006.

Therefore, the Deputy Federal Defender's Motion to Withdraw as Counsel [Doc. #102] is GRANTED, and Defendant's Motion [#98] is DENIED.

ENTERED this 22nd day of July, 2008

<u>s/ Michael M. Mihm</u>
MICHAEL M. MIHM
United States District Judge